UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
AT LEXINGTON

CRIMINAL ACTION NO. 5:10-CR-06-KKC

UNITED STATES OF AMERICA,     PLAINTIFF

v.     **OPINION AND ORDER**

ALPHONSO JOHNSON TOLBERT,     DEFENDANT

\*\* \*\* \*\* \*\* \*\*

This matter is before the Court on the Defendant's Motion to Correct Clerical Error in Presentence Report (DE 49). In his motion, the Defendant asks the court to correct a clerical error in the Presentence Report ("PSR") prepared by the United States Probation Office.

The PSR states that, on May 25, 1990 the Defendant was charged with Criminal Attempt to Commit Sodomy, 1st Degree in Boyd County, Kentucky. The PSR further states that, on May 19, 1993, the charge was dismissed as a result of plea negotiations in a separate case in which the Defendant was charged with trafficking in cocaine and with being a persistent felony offender.

The Defendant asks that the PSR be amended to state that the charge of attempted sodomy was "dropped with prejudice because there was no evidence of a crime." The Defendant argues that this alleged inaccuracy in the PSR affects the facilities in which he can be housed, the programs in which he can participate while incarcerated, and how he will be supervised after his incarceration.

The Court will deny the motion. To the extent that the Defendant is proceeding

under Federal Rule of Criminal Procedure 32, this Court has no jurisdiction to correct the PSR after sentencing has been imposed. *See United States v. Sarduy*, 838 F.2d 157, 158 (6th Cir. 1988).

Further, the Court sentenced the Defendant to 84 months in prison pursuant to a binding plea agreement. Accordingly, the Court did not rely on the alleged inaccuracy in the PSR when sentencing the Defendant. The Court also notes that it has been advised by the U.S. Probation Office that, even if the PSR were amended as the Defendant requests, the amendment would not affect the Defendant's security classification by the Bureau of Prisons.

For all these reasons, the Court hereby ORDERS that Defendant's Motion to Correct Clerical Error in Presentence Report (DE 49) is DENIED.

Dated this 2nd day of October, 2012.

Signed By:
*Karen K. Caldwell*
United States District Judge